Decided September 9, 1999

RELIANCE INSURANCE COMPANY *v.* GEORGE M. REIDER, JR., INSURANCE COMMISSIONER

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 77 (AC 18058), is denied.

*Ralph G. Elliot,* in support of the petition.

*William J. Prensky,* assistant attorney general, in opposition.